UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | : | |
|---|---|---|
| In re: | : | |
| | : | |
| Roy Edward Ingram, Sr. AKA Roy | : | Case No.: 18-10224 |
| E. Ingram, Sr., AKA Roy Ingram, | : | Chapter 13 |
| Sr. | : | Judge Joan A. Lloyd |
| Leona Gail Ingram | : | * * * * * * * * * * * * * * * * * * * * |
| Debtors. | : | |

### RESPONSE TO OBJECTION TO CLAIM (DOCKET # 41)

Now comes Community Loan Servicing, LLC FKA Bayview Loan Servicing, LLC ("Creditor"), by and through its attorneys, Manley Deas Kochalski LLC, and responds to the Objection to Claim number 3 filed by Roy Edward Ingram, Sr. AKA Roy E. Ingram, Sr., AKA Roy Ingram, Sr. and Leona Gail Ingram (collectively, "Debtor") on May 5, 2022 as follows:

Debtor has filed an Objection to Creditor's Claim on the basis that Debtor did not sign the note or mortgage. Creditor asserts that Debtor is an heir of the deceased borrower, and Creditor wishes to retain its right to comply with Local Rule 4001-1(a) which requires an allowed Proof of Claim to accompany a Motion for Relief from the automatic stay.

Additionally, Creditor expects the Objection can be resolved by agreed order.

WHEREFORE, Creditor respectfully requests that a hearing be set on the matter and that the objection be overruled.

Respectfully submitted,

/s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
Adam B. Hall (97816)
Stephen R. Franks (97986)
Manley Deas Kochalski LLC

22-014193_JDD1

P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

22-014193_JDD1

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Response to Objection to Claim was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William W. Lawrence, ECF@louchapter13.com

Michael L. Harris, Attorney for Roy Edward Ingram, Sr. AKA Roy E. Ingram, Sr., AKA Roy Ingram, Sr. and Leona Gail Ingram, mikeharrislaw@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Roy Edward Ingram, Sr. AKA Roy E. Ingram, Sr., AKA Roy Ingram, Sr. and Leona Gail Ingram, P.O. Box 807, Columbia, KY  42728

/s/ Amy E. Gardner

22-014193_JDD1